**FILED**
Feb 17 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CN22 | E 1515167 | Lui | 0213 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/6/2025 1749
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36CFR1002.34 (a)(4)
Place of Offense: Lincoln Blvd / Bowley SF CA 94129

Offense Description: Factual Basis for Charge — HAZMAT ☐
Disorderly Conduct Creating Hazardous Condition "Spitting"

### DEFENDANT INFORMATION
Last Name: Marotz
First Name: William
M.I.: L
Street Address: PO Bx 411191
City: San Francisco  State: CA  Zip: 94141
Date of Birth: 1955

Sex: ☒ Male ☐ Female
Hair: GRY  Eyes: GRN  Height: 5'9  Weight: 170

### VEHICLE
Tag No: 86UY339  State: CA  Year: 2022  Make/Model: Chevy  Color: Moti

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.
**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $ ~~~~
+ $30 Processing Fee
Total Collateral Due: $ ~~~~

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 450 Golden Gate Ave SF CA
Date: TBD  Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*E1515167*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 6, 2025 while exercising my duties as a law enforcement officer in the Northern District of California

See MARK43 report 25-021126

CR26-90271 MISC LB

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/06/2025  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident