United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

USA,

          Plaintiff,

      v.

WILLIAM L MAROTZ,

          Defendant.

Case No.26-xr-90271-LB-1

**PRETRIAL SCHEDULING ORDER**

The court sets the trial for Thursday, June 11, 2026 at 2:00 p.m. The court will hold a short pretrial conference first, and then the trial will begin. The court anticipates that it will take approximately 60 minutes.

The court orders the following:

1. Both sides will comply with the Federal Rules of Criminal Procedure and Northern District of California's Local Rules. The United States will comply with all of its discovery obligations.

2. **14 days before trial**, the parties must file any motions; the due dates for the oppositions and replies will be the dates set under the local rules. The parties also must exchange exhibits, exhibit lists, and witness lists by this date.

3. **7 days before trial**, the parties must file pretrial conference statements that comply with Criminal Local Rule 17.1-1(b), and that include the following attachments (separated by tabs): 1) witness lists; 2) exhibit lists that comply with the court's form (attached) and that include a

ORDER (No. 26-xr-90271-LB-1)

description and the name of the sponsoring witness; 3) copies of all exhibits to be introduced at trial (may be in a separate volume if necessary); 4) any stipulations; 5) any demonstrative exhibits or summaries to be used at trial; and 6) a copy of the formal charging document (generally, the petty-offense citation). The trial memo must describe the charge, the elements, the penalties, any likely controverted points of law, the evidence to be introduced at trial, and any objections to the other party's evidence. The exhibits must be pre-marked and should be joint to the extent possible; otherwise, the government must number its exhibits, and the defendant must use letters. All documents must be three-hole punched and in a binder to the extent that their volume requires that.

4. The parties must bring a single, joint set of exhibits in one binder to trial.

5. The government must serve this order on the defendant.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

ORDER (No.  26-xr-90271-LB-1)                    2